# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL WASHINGTON

NO. 2022 KW 1182

**DECEMBER 22, 2022**

---

In Re:    Michael Washington, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 95-CR1-60302.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include a copy of the bill of information, the habitual offender bill of information, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT